# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 15, 2010

140859

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

NORMA JEAN MULHOLLAND,
       Defendant-Appellant.

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SC: 140859
COA: 295738
Emmet CC: 08-002990-FH

_____/

      On order of the Court, the application for leave to appeal the February 18, 2010 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

      KELLY, C.J., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 15, 2010

_____
Clerk

p0708